```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ULYSSES THOMAS                                    CIVIL ACTION

VERSUS                                            NO. 12-2221

WARDEN, JACKSON PARISH                            SECTION "J"(2)
CORRECTIONAL CENTER
```

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Ulysses Thomas for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 3rd day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE